# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-01430-AGF |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's motion for leave to proceed in forma pauperis on appeal. (Docket No. 14). The motion appears to be filed in response to an order from the United States Court of Appeals for the Eighth Circuit (Docket No. 13), and contains plaintiff's appellate case number. However, plaintiff has filed the motion in this Court, rather than with the Court of Appeals. The Court will therefore transfer the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 1st day of February, 2021.

                                          AUDREY G. FLEISSIG
                                          UNITED STATES DISTRICT JUDGE